```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

**GLORIA TAYLOR,**

    **Plaintiff,**

**V.**                                                         **NO. 11-2390-Ma**

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES, INC.,**

    **Defendant.**

### ORDER OF DISMISSAL

The parties have submitted a Joint Stipulation of Dismissal With Prejudice indicating that all disputes and claims alleged in this cause have been resolved. This case is therefore dismissed with prejudice. Each party shall bear their respective fees and costs.

It is SO ORDERED this 23rd day of July, 2012.

                                         *s/ Samuel H. Mays, Jr.*
                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE