UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLORIA TAYLOR,

    Plaintiff,

V.                                    Cv. No. 11-2390-Ma

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed July 24, 2012.  Each party shall bear their respective fees and costs.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*July 24, 2012*                              THOMAS M. GOULD
DATE                                          CLERK

                                                  *s/  Jean Lee*
                                                  (By) DEPUTY CLERK